IN THE CIRCUIT COURT
21st JUDICIAL CIRCUIT
SAINT LOUIS COUNTY CIRCUIT COURT
SAINT LOUIS, MISSOURI

**CRAIG AND LESLIE MARTON,**    )
                                )
Plaintiffs,                     )
                                )
v.                              )     Case No.  20SL-CC00905
                                )
**RICHARD AND CHRISTINE BARNARD,** )
                                )     Division      12
                                )
Defendants.                     )

**DISMISSAL WITHOUT PREJUDICE AGAINST CHRISTINE BARNARD**

Come Now Plaintiffs and hereby dismiss this matter without prejudice against Defendant Christine Barnard, each party bearing its own costs. All other claims remain pending against Richard Barnard.

RESPECTFULLY SUBMITTED,

THE EASON LAW FIRM, LLC

/s/ James W. Eason
_____
JAMES W. EASON, #57112
The Eason Law Firm, LLC
1924 Chouteau Avenue
St. Louis, Missouri 63103
Phone: (314) 932-1066
Fax: (314) 667-3161
james.w.eason@gmail.com

**CERTIFICATE OF SERVICE**

The above signature certifies that a copy of the foregoing was electronically filed with the Court's e-filing system on this 17th day of July, 2020.

1